# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 2, 2020

## NO. 03-20-00017-CR

## Ex parte Curtis McDaniel

## APPEAL FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA
### AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the order denying appellant's application for writ of habeas corpus signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order denying appellant's application for writ of habeas corpus. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.